542

157 A.3d 484

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dontae Eugene ROBINSON, Petitioner**

**No. 717 MAL 2015**

Supreme Court of Pennsylvania.

September 14, 2016

## ORDER

PER CURIAM

**AND NOW**, this 14th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.